## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No.   2013-29 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMHILA HODGE | ) | |
| | ) | |
| | ) | |
| | ) | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The defendant, by consent, appeared before me on August 7, 2013, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Count One of the Superseding Indictment, a violation of 18 U.S.C. §2251(a) and 18 U.S.C. §2.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily as to each count, and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.   I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Date: _August 7, 2013_

_____
United States Magistrate Judge

**NOTICE**

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCi. 72.3, 72.4.